## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. 4:18CR40 |
| | § | |
| SHAUN ANTHONY DOSS (1) | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Now before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on June 28, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Kenneth McGurk.

Shaun Anthony Doss was sentenced on May 20, 2016, before The Honorable Audrey G. Fleissig of the Eastern District of Missouri after pleading guilty to the offense of Felon in Possession of a Firearm, a Class C felony. This offense carried a statutory maximum imprisonment term of 10 years. The guideline imprisonment range, based on a total offense level of 13 and a criminal history category of III, was 18 to 24 months. Shaun Anthony Doss was subsequently sentenced to 20 months of imprisonment followed by a 3-year term of supervised release subject to the standard conditions of release, plus special conditions to include drug aftercare, alcohol abstinence, mental health aftercare, search, and a $100 special assessment. On March 31, 2017, Shaun Anthony Doss completed his period of imprisonment and began service of the supervision term. On February 16, 2018, jurisdiction in this case was transferred to the Eastern District of

Texas, and the case was reassigned to the U.S. District Judge Amos L. Mazzant.

On June 2, 2018, the U.S. Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision [Dkt. 2, Sealed], which was filed on June 13, 2018. The Petition asserted that Defendant violated seven (7) conditions of supervision, as follows: (1) the defendant shall not commit another federal, state, or local crime; (2) the defendant shall not leave the judicial district without the permission of the Court or probation officer; (3) the defendant shall not unlawfully possess a controlled substance; (4) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; (5) you must abstain from the use of alcohol and/or all other intoxicants; (6) the defendant shall pay to the United States a special assessment of $100, which shall be due immediately; and (7) the defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.

The Petition alleges that Defendant committed the following acts: (1) On November 24, 2017, Shaun Anthony Doss was arrested by the Oklahoma Highway Patrol and charged with Driving Under the Influence and Transporting Open Container of Intoxicating Beverage. On April 4, 2018, in Carter County, Oklahoma, he pleaded guilty to both counts; (2) On April 4, 2017, at approximately 10:45pm, Shaun Anthony Doss was arrested in Savanna, Pittsburg County, Oklahoma, for Driving with a Suspended License, a class C misdemeanor and was fined $500. Four days earlier Mr. Doss was present for his initial interview at the U.S. Probation Office on March 31, 2017, and was instructed not to leave the Eastern District of Texas without prior permission; (3) and (4) Shaun Anthony Doss submitted urine specimens that tested positive for

marijuana on September 21, October 18, November 8, November 16, and December 8 of 2017, and on January 30, 2018; (5) On April 27, 2017, Shaun Anthony Doss submitted a urine specimen that tested positive for alcohol. On November 2, 2017, the defendant consumed alcohol as evidenced by his verbal admission to the U.S. Probation Officer and arrest for Driving While Impaired by the Oklahoma Department of Public Safety in Carter County, Oklahoma; (6) On June 22, 2017, the defendant signed a written agreement to pay the remaining $75 of the special assessment fee. The defendant was reminded at each contact, before and after June 22, to pay the remaining balance of the special assessment. As of this writing the balance remains $75. The defendant appears to have had the resources to pay the $75 as evidenced by his contact with the Irving Police on the evening of January 30. 2018, when he was in possession of $2,285 cash; and (7) Shaun Anthony Doss failed to submit a monthly report as instructed for the months of February, April, and May 2018.

Prior to the Government putting on its case, Defendant entered a plea of true to allegations one (1) and two (2) of the Petition. The Government dismissed allegations three (3) through seven (7). Having considered the Petition and the plea of true to allegations one (1) and two (2) of the Petition, the Court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this Court.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the Court recommends the Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eleven (11) months, with no term of supervised release to follow.

The Court also recommends that Defendant be housed in the Bureau of Prisons facility in the North Texas area, if appropriate.

**SIGNED this 29th day of June, 2018.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE